**Kenya Basil PARKER, Plaintiff–Appellant,**

v.

**Rose BROWN, Institutional Ombudsman; J. Greenwood, Operations Manager; R. Woodson, Regional Ombudsman Service Unit, Defendants–Appellees,**

**and**

**R. Wood, Regional Ombudsman Service Unit, Defendant.**

No. 15–6557.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Kenya Basil Parker, Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenya Basil Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Parker v. Brown*, No. 1:14–cv–01720–LMB–IDD (E.D. Va. filed Mar. 26, 2016; entered Mar. 27, 2015). We deny Parker's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*